BEFORE THE SECOND DIVISION, MARCH 31, 1964

**No. 68392.**—Tap Equipment Co., dba Thrifty Equipment Co. *v.* United States, protest 63/11861 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of D–4 tractor parts similar in all material respects to those the subject of Abstract 63560, the claim of the plaintiff was sustained.

**No. 68393.**—Gamble-Vargish & Company et al. *v.* United States, protests 63/7068, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pigtails similar in all material respects to those the subject of Abstract 63984, the claim of the plaintiffs was sustained.

**No. 68394.**—Apex Coated Fabrics Co., Inc., et al. *v.* United States, protests 61/23627, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.